**Order entered June 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00014-CV

**ORANGE CUP DRIVE IN LLC, Appellant**

**V.**

**MID-CONTINENT CASUALTY COMPANY, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 95975-86**

## ORDER

Before the Court is appellant's June 20, 2019 unopposed motion to extend time to file appellant's reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed by **July 10, 2019**.

/s/     BILL WHITEHILL
          JUSTICE